**ORIGINAL**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LUIS C. DOMINGO,<br><br>Defendant - Appellant. | No. 02-10547<br><br>D.C. No. CR-01-00382-REJ<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 02 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Before: FARRIS, NOONAN, and RAWLINSON, Circuit Judges.

This case is remanded to the district court for consideration of the sentence imposed as outlined in *United States v. Ameline*, 409 F.3d 1073, 1083 (9th Cir. 2005) (en banc).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 31 2005

by _____
Deputy Clerk