ORIGINAL

DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308

Attorney for Defendant
LUIS C. DOMINGO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2006

at \_\_11\_\_ o'clock and \_\_55\_\_ min \_A\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>LUIS C. DOMINGO,<br>Aka "Luis Frances Domingo" (02)<br>Defendant. | ) CR. NO. 01-00382 REJ-2<br>)<br>) NOTICE OF APPEAL;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant, LUIS C. DOMINGO, aka "Luis Frances Domingo," through counsel DeAnna S. Dotson, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order on Remand entered on May 31, 2006, by the Honorable ROBERT E. JONES and from the judgment of conviction.

Dated:    June 2, 2006 at Kapolei, Hawaii

DeAnna S. Dotson
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Thomas J. Brady
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:   June 2, 2006 at Kapolei, Hawaii

*/s/ DeAnna S. Dotson*
DeAnna S. Dotson