UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Luis C. Domingo
   **U.S. COURT OF APPEALS DOCKET NUMBER:** 6-10383
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00382REJ-02

II **DATE NOTICE OF APPEAL FILED:** 06/02/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed
   **DOCKET FEE PAID ON:**           **AMOUNT:**
   **NOT PAID YET:**                 **BILLED:**
   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
   **IF YES, SHOW DATE:**
   **WAS F.P. STATUS REVOKED:**      **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

   RECEIVED
   CLERK, U.S. DISTRICT COURT
   JUN 29 2006
   DISTRICT OF HAWAII

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)