IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 0 5 2006

DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _06-10383_   U.S. District Court Case No. _CR 01-00382 KEJ_

Short Case Title _USA v Toelupe (Domingo)_

Date Notice of Appeal Filed by Clerk of District Court _2 June 2006_

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 5 2006

at ___ o'clock and _5_ min. ___
SUE BEITIA, CLERK

Voir Dire

Opening Statements

Settlement Instructions

Closing Arguments

Jury Instructions

_4-25-06_    _Steve Platt_    Pre-Trial Proceedings

_Remand Resentencing_    Other (please specify)

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(☒) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _5 Jul 06_    Estimated date for completion of transcript_____

Print Name of Attorney _DeAnna S. Dotson_   Phone Number _391-0308_

Signature of Attorney _Alex Dotson_

Address _PO Box D00853 Kapolei, HI 96209-0853_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)    (date)    BY:    DEPUTY CLERK