# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   February 23, 2007

To:   United States Court of Appeals        Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                             (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:         CR 01-00382REJ-02          Appeal No:   06-10383

Short Title:   USA vs. Luis C. Domingo

Mr. Domingo is deft 02 in CR 01-00382REJ

| | | |
|---|---|---|
| Clerk's Files in | 8 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#87, 88, 275, 282

Acknowledgment: _____    Date: _____

cc: all parties of record