# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>LUIS C. DOMINGO,<br><br>Defendant - Appellant. | No. 06-10383<br>D.C. No. CR-01-00382-REJ<br><br>**JUDGMENT** |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 1 7 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/21/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 13 2007
by _____
Deputy Clerk