


INTERNAL USE ONLY: Proceedings include all events.
06-10383 USA v. Domingo

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas J. Brady, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
|    v. | |
| LUIS C. DOMINGO<br>    Defendant - Appellant | DeAnna S. Dotson, Esq.<br>FAX 808/672-5058<br>808/391-7308<br>[COR LD NTC cja]<br>P.O. Box 700953<br>Kapolei, HI 96709-0953 |